# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Gregg Bochat, et al.,

Plaintiffs,

v.

Ambit Illinois, LLC, et al.,

Defendants.

Case No. 24-cv-03116
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Ambit Illinois, LLC, Vistra Corp, and Volt Asset Company, Inc. and against plaintiff(s) Gregg Bochat and Philip Simons.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date: 1/27/2025

Thomas G. Bruton, Clerk of Court

/Susan McClintic , Deputy Clerk