# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGG BOCHAT, and PHILIP SIMONS on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>AMBIT ILLINOIS, LLC, VISTRA CORP, VOLT ENERGY COMPANY, INC.,<br><br>　　　　　Defendants. | Civil Action No.: 1:24-cv-03116<br><br>**NOTICE OF APPEAL** |

　　　　PLEASE TAKE NOTICE that Plaintiffs Gregg Bochat and Philip Simons, by and through their attorneys Finkelstein, Blankinship, Frei-Pearson & Garber, LLP, Wittels McInturff Palikovic, and Lynch Carpenter LLP hereby appeal to the United States Court of Appeals for the Seventh Circuit from the rulings of this Court on Defendants' Motion to Dismiss (entered on the electronic docket on January 27, 2025, as Docket Entries 29 and 30).

Dated: February 26, 2025
White Plains, New York

Respectfully submitted,

**FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP**

By: */s/ D. Greg Blankinship*
D. Greg Blankinship*
One North Broadway, Suite 900
White Plains, New York 10601
Tel: (914) 298-3290
gblabkinship@fbfglaw.com

**WITTELS MCINTURFF PALIKOVIC**
J. Burkett McInturff*
Nathan Rice
305 Broadway, 7th Floor
New York, New York 10007
Telephone: (914) 775-8862
jbm@wittelslaw.com
nar@wittelslaw.com
*Pro Hac Vice*

**LYNCH CARPENTER LLP**
Katrina Carroll
111 W Washington St., Suite 1240
Chicago, IL 60602
Telephone: (312) 750-1265
Fax: 773-598-5609
katrina@lcllp.com

*Attorneys for Plaintiffs and the Proposed Class*